**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LEE HOWARD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HEDGPETH, WARDEN,<br><br>　　　　Respondent. | ) NO. EDCV 09-00498-ABC (MAN)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>) |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 20, 2012   .

　　　　　　　　　　　　　　　　　　　_/s/ Audrey B. Collins_____
　　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE