**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LEE HOWARD, | ) NO. EDCV 09-00498-ABC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ANTHONY HEDGPETH, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 20, 2012.

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE